1  STEPHEN M. HARBER, STATE BAR #119830
   MATTHEW W. DIETZ, STATE BAR #274665
2  McCUNE & HARBER, LLP
   515 South Figueroa Street, Suite 1100
3  Los Angeles, California 90071
   Telephone: (213) 689-2500
4  Facsimile: (213) 689-2501
   sharber@mccuneharber.com and mdietz@mccuneharber.com
5

6  Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
   (ERRONEOUSLY SUED AND SERVED HEREIN AS UCLA HEALTH)
7

8             UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11 ALAN JANOWITZ,                          Case No: 2:19-cv-10918

12         Plaintiff,                       (Complaint filed on November 21, 2019)

13    vs.                                   **DEFENDANT'S NOTICE OF
                                            REMOVAL BASED ON FEDERAL
14 UCLA HEALTH, and DOES 1 - 10            QUESTION AND SUPPLEMENTAL
   inclusive,                              JURISDICTION; DECLARATION OF
15                                         MATTHEW W. DIETZ**

16         Defendants                       Trial Date:  Not Set

17

18         **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19         **PLEASE TAKE NOTICE** that Defendant THE REGENTS OF THE

20 UNIVERSITY OF CALIFORNIA ("The Regents") (erroneously sued as UCLA

21 HEALTH) hereby removes the above-captioned action from the Superior Court of the

22 State of California, in and for the County of Los Angeles, to the United States District

23 Court for the Central District of California for the reasons described below:

24         1. On or about November 21, 2019, Plaintiff Alan Janowitz filed a civil action in

25 the Superior Court of the State of California for the County of Los Angeles, entitled

26 *Janowitz v. UCLA HEALTH*, Case No. 19SMCV02040 (the "State Action").

27 (Declaration of Matthew W. Dietz ("Dietz Decl.") at ¶ 2.) The Complaint was served on

28 The Regents on November 27, 2019. (Id.)

-1-

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA, STE. 1100
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

2. The Complaint in the State Action purports to allege a claim under 42 U.S.C. § 12181, *et seq*. (Dietz Decl. at ¶ 3, Ex. A). The Complaint also purports to allege state law causes of action for violation of the Unruh Civil Rights Act (California Civil Code § 51, *et seq*.); and a violation of California Civil Code §54, *et seq*. (*Id*). The gravamen of all of Plaintiff's claims is that The Regents failed to provide Plaintiff, a disabled person, access to public goods and accommodations by refusing to allow him to bring his alleged service animal into the cardiac unit of a hospital operated by The Regents. (*Id.*, Exhibit A at ¶¶ 5-22). As such, the state law causes of action are so related to the federal claims that they form part of the same case or controversy. 28 U.S.C. § 1367.

3. The entire action is therefore removable pursuant to 28 U.S.C. Sections 1331, 1367, 1441, and 1446.

## JURISDICTION

4. This action is a civil action for which this Court has original jurisdiction under 28 U.S.C. Section 1331 (federal question jurisdiction), and supplemental jurisdiction under 28 U.S.C. Section 1367. The Regents may remove it under 24 U.S.C. Section 1441(a).

5. This Notice of Removal is timely filed under 28 U.S.C. Section 1446 (b)(3) in that it is filed within thirty (30) days after The Regents was served with Plaintiff's Complaint.

6. The Regent's Notice to Adverse Parties of Notice of Removal is being contemporaneously filed in the State Action. (Dietz Decl. at ¶ 5.)

7. Pursuant to the provisions of 28 U.S.C. section 1446, true and correct copies of the pleadings previously filed in the State Action that are in the possession of The Regents are attached to the concurrently filed Declaration of Matthew W. Dietz, collectively as Exhibit B. (Dietz Decl. at ¶ 6.)

## INTRADISTRICT ASSIGNMENT

8. The State Action was filed in the County of Los Angeles, California, which serves as the basis for assignment to the United States District Court, Central District of

McCune & Harber, LLP
515 South Figueroa
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

California, Western Division. (Dietz Decl. at ¶ 7.)

### NOTICE TO PLAINTIFF AND STATE COURT

9.  Immediately following the filing of this Notice of Removal, written notice will be served on Plaintiff, and filed with the Clerk of the Superior Court for the County of Los Angeles in accordance with 28 U.S.C. Section 1446(d). (Dietz Decl. at ¶ 8.)

WHEREFORE, The Regents respectfully requests that the above-entitled action, currently pending in the Superior Court of the State of California, in and for the County of Los Angeles, be removed to the United States District Court for the Central District of California.


DATED:      December 27, 2019

McCUNE & HARBER, LLP

*/s/ Matthew W. Dietz*

By:_____

STEPHEN M. HARBER, ESQ
MATTHEW W. DIETZ, ESQ
Attorneys for Defendant, The
Regents of the University of
California (erroneously sued and
served herein as UCLA HEALTH)

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

## DECLARATION OF MATTHEW W. DIETZ

1.    I am an attorney, licensed to practice in the State of California, and admitted to practice before the United States District Court for the Central District of California.  I am *of counsel* at McCune & Harber, LLP, attorneys for Defendant The Regents of the University of California ("The Regents") (erroneously sued as "UCLA HEALTH") in this action.  The following is based on my personal knowledge.  If called as a witness, I could and would testify competently to the facts herein.

2.    On or about November 21, 2019, Plaintiff Alan Janowitz filed a civil action in the Superior Court of the State of California for the County of Los Angeles, entitled *Janowitz v. UCLA HEALTH*, Case No. 19SMCV02040 (the "State Action").  The Complaint was served on The Regents on November 27, 2019.

3.    A true and correct copy of the Complaint in the State Action is attached hereto as **Exhibit A**.

4.    The Complaint in the State Action purports to allege a claim under 42 U.S.C. § 12181, *et seq*.  (Exhibit A).  The Complaint also purports to allege state law causes of action for violation of the Unruh Civil Rights Act (California Civil Code § 51, *et seq*.); and a violation of California Civil Code §54, *et seq*. (*Id*).  The gravamen of all of Plaintiff's claims is that The Regents failed to provide Plaintiff, a disabled person, access to public goods and accommodations by refusing to allow him to bring his alleged service animal into the cardiac unit of a hospital operated by The Regents.  (Ex. A at ¶¶ 5-22).  As such, the state law causes of action are so related to the federal claims that they form part of the same case or controversy.  *Compare* 28 U.S.C. § 1367.

5.    The Regent's Notice to Adverse Parties of Notice of Removal is being contemporaneously filed in the State Action.

6.    Pursuant to the provisions of 28 U.S.C. section 1446, true and correct copies of the pleadings previously filed in the State Action that are in the possession of

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-4-

The Regents are attached hereto as Exhibit B.

7.     The State Action was filed in the County of Los Angeles, California, which serves as the basis for assignment to the United States District Court, Central District of California, Western Division.

8.     Immediately following the filing of this Notice of Removal, written notice will be served on Plaintiff, and filed with the Clerk of the Superior Court for the County of Los Angeles in accordance with 28 U.S.C. Section 1446(d).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on November 30, 2017, in Los Angeles, California.

DATED:     December 27, 2019          /s/ Matthew W. Dietz
                                       Matthew W. Dietz

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501