STEPHEN M. HARBER, STATE BAR #119830
NAZLI ALIMI, STATE BAR #279219
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500
Facsimile: (213) 689-2501
sharber@mccuneharber.com and nalimi@mccuneharber.com

Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (ERRONEOUSLY SUED AND SERVED HEREIN AS UCLA HEALTH)

Todd M. Friedman
Law Offices of Todd M. Friedman
21550 Oxnard St.
Suite 780
Woodland Hills CA 91367
(323) 306-4234
(866) 633-0228 Fax
tfriedman@toddflaw.com
Attorneys for plaintiff ALAN JANOWITZ

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALAN JANOWITZ,<br><br>   Plaintiff,<br><br>vs.<br><br>UCLA HEALTH, and DOES 1 - 10 inclusive,<br><br>   Defendants. | Case No: 2:19-CV-10918 RGK (RAOX)<br>Assigned to Hon. Judge R. Gary Klausner, Courtroom 850<br>(Complaint filed on November 21, 2019)<br><br>**REVISED JOINT STIPULATION RE REQUEST FOR DISMISSAL**<br><br>Trial Date:  February 2, 2021 |

**TO THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff, ALAN JANOWITZ, and Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (ERRONEOUSLY SUED AND SERVED HEREIN

-1-

AS UCLA HEALTH) (Collectively "Parties") hereby stipulate and request that Plaintiff's Complaint, in its entirety, be dismissed with prejudice.

The parties will bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: December 8, 2020      McCUNE & HARBER, LLP

By: /s/ Nazli Alimi
STEPHEN M. HARBER, ESQ.
NAZLI ALIMI, ESQ.
Attorneys for Defendant, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (ERRONEOUSLY SUED AND SERVED HEREIN AS UCLA HEALTH)

DATED: December 8, 2020      LAW OFFICES OF TODD FRIEDMAN

By: /s/ Todd Friedman
TODD FRIEDMAN, ESQ.
Attorneys for Plaintiff ALAN JANOWITZ

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained permission regarding the filing of this document from the signatories of this document.