JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ALAN JANOWITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>UCLA HEALTH, and DOES 1 - 10 inclusive,<br><br>    Defendants. | Case No: 2:19-CV-10918 RGK (RAOX)<br>Assigned to Hon. Judge R. Gary Klausner, Courtroom 850<br>(Complaint filed on November 21, 2019)<br><br>[PROPOSED] ORDER RE JOINT STIPULATION RE REQUEST FOR DISMISSAL [26]<br><br>Trial Date: February 2, 2021 |

Having considered the Parties' Revised Stipulation Re Request for Dismissal and finding that good cause exists, this Court orders that:

1. With good cause, Plaintiff's Complaint, in its entirety, be **DISMISSED** with prejudice.

DATED: December 10, 2020

_____
Judge R. Gary Klausner
**UNITED STATES DISTRICT JUDGE**